UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


| | | |
|---|---|---|
| JOHN ELEJALDE | : | |
| v. | : | NO. 3:99CR85(EBB) |
| UNITED STATES OF AMERICA | : | |

## RULING ON MOTION TO COMPEL [NOTICE OF RIPENESS]

Petitioner John Elejalde has moved this court for "ripeness for hearing" with respect to a motion he filed under 28 U.S.C. § 2255 on February 16, 2005, [Doc. No. 1429] alleging he has received no answer or other indication that his motion was acted upon. On February 24, 2005, this court denied the motion.

Therefore, the pending motion [Doc. No. 1533] is denied as moot.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this \_\_\_ day of May, 2007.